## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

Kelly Pinn

                    Plaintiff,

        v.

Transamerica Life Insurance Company et al

                    Defendants.

Case No. 4:24-cv-00266-P

**JURY TRIAL DEMANDED**

## ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this March 22, 2024.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong (N.D. Tex. # 333687PA)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

March 22, 2024

*/s/ Andrew Roman Perrong*