# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| **Pinn** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 4:24-cv-00266-P |
| ) | |
| **Transamerica Life Insurance Company et al** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Ted Phillips, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on March 22, 2024, at 6:40 pm. I delivered these documents to Transamerica Life Insurance Company in Linn County, IA on March 28, 2024 at 3:05 pm at 1750 Progress Dr, Hiawatha, IA 52233 by leaving the following documents with Bob Totten who as Office Security is authorized by appointment or by law to receive service of process for Transamerica Life Insurance Company.

Summons and Complaint

Additional Description:
Made contact with a Bob Totten who stated that he is authorized to accept service. The subject willingly accepted the papers by taking them from my hand.

White Male, est. age 55-64, glasses: Y, Gray hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.9143520828,-91.6409928279
Photograph: See Exhibit 1

Total Cost: $240.00

My name is Ted Phillips, my date of birth is 10/25/1967, and my address is 2431 Wiley Blvd, #1081, Cedar Rapids, IA 52404, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Fayette County, IA on 3/29/2024.

/s/ *Ted Phillips*

Ted Phillips
+1 (319) 464-8974
Certification Number: N/A
Expiration Date: N/A



Exhibit 1a)