**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KELLY PINN, individually and on behalf of all others similarly situated,** | § § § | |
| **Plaintiff,** | § | **Civil Action No.  4:24-cv-00266-P** |
| | § | |
| **vs.** | § § | |
| **TRANSAMERICA LIFE INSURANCE COMPANY, and LEADS GURU, LLC,** | § § § | |
| **Defendants.** | § § | |

**DEFENDANT TRANSAMERICA'S CERTIFICATE OF INTERESTED PERSONS AND
DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, LR 3.1(c), LR 3.2(e), and LR 7.4, Defendant Transamerica Life Insurance Company ("Transamerica") provides the following information:

1.    For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

Transamerica's direct parent corporation is Commonwealth General Corporation ("Commonwealth"), which is a direct subsidiary of Transamerica Corporation. Transamerica, Commonwealth, and Transamerica Corporation are not publicly traded. Transamerica, Commonwealth, and Transamerica Corporation are indirect subsidiaries of Aegon Ltd., which is a publicly-traded holding company domiciled in Bermuda. The principal market for common shares of Aegon Ltd. is Euronext Amsterdam. New York Registry Shares of Aegon Ltd. are also listed on the New York Stock Exchange under the ticker symbol AEG.

2.      A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

a.  Kelly Pinn – Plaintiff;

b.  Andrew Roman Perrong of Perrong Law LLC – Plaintiff's counsel;

c.  Anthony Paronich of Paronich Law, P.C. – Plaintiff's counsel;

d.  Transamerica Life Insurance Company – Defendant;

e.  Lead Gurus, LLC – Defendant.


Dated: April 18th, 2024

Respectfully submitted,

*/s/ Cary Slobin*
**CARY SLOBIN**
State Bar No. 00797445
cary.slobin@nelsonmullins.com
**KATHERINE (KATE) FREEMAN**
State Bar No. 24109889
kate.freeman@nelsonmullins.com

**NELSON MULLINS RILEY &
SCARBOROUGH LLP**
5830 Granite Parkway, Suite 1000
Plano, TX  75024
Telephone: 469.484.6100
Facsimile: 469.828.7217


**ATTORNEYS FOR DEFENDANT
TRANSAMERICA LIFE INSURANCE
COMPANY**

<u>CERTIFICATE OF SERVICE</u>

On April 18, 2024, I electronically submitted the foregoing document with the clerk of the court for the U. S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Cary Slobin*
CARY SLOBIN