IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **KELLY PINN, individually and on behalf of all others similarly situated,**　§ § §<br><br>　　　　　　　　**Plaintiff,**　§ § §<br>　　　　vs.　§ §<br>**TRANSAMERICA LIFE INSURANCE COMPANY, and LEADS GURU, LLC,**　§ § § §<br><br>　　　　　　　　**Defendants.**　§ | **CIVIL ACTION NO. 4:24-cv-00266-P** |

## NOTICE OF APPEARANCE OF LOCAL COUNSEL

Cary A. Slobin hereby gives notice of his appearance as local counsel for Defendant Transamerica Life Insurance Company ("Transamerica"), in the above-entitled matter. Mr. Slobin is admitted to practice in the Northern District of Texas, he resides in the district, and his home and office are within 50 miles of the Fort Worth Division Courthouse. In addition to serving as Transamerica's local counsel, Transamerica respectfully requests that copies of all future pleadings, filings, notices, correspondence, and other papers serve upon Mr. Slobin as follows:

Cary A. Slobin
Nelson Mullins Riley & Scarborough LLP
5830 Granite Parkway, Suite 1000
Plano, TX 75024
cary.slobin@nelsonmullins.com
Telephone: 469-484-6100
Facsimile: 469-828-7217

Respectfully submitted,

*/s/ Cary A. Slobin*
**CARY A. SLOBIN**
State Bar No. 00797445
cary.slobin@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

5830 Granite Parkway, Suite 1000
Plano, TX 75024
Telephone:     469.484.6100
Facsimile:     469.828.7217

**ATTORNEYS FOR DEFENDANT TRANSAMERICA LIFE INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

On April 18, 2024, I electronically submitted the foregoing document with the clerk of the court for the U. S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Cary Slobin*
CARY SLOBIN