UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| Kelly Pinn, et. al. | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 4:24-cv-00266-P |
| | § | |
| | § | |
| Transamerica Life Insurance Company, et. al. | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Nelson Mullins                                                                , with offices at

1320 Main Street, 17th Floor
(Street Address)

Columbia                         SC                    29201
(City)                           (State)               (Zip Code)

803-255-9531                     803-256-7500
(Telephone No.)                  (Fax No.)


II.  Applicant will sign all filings with the name D. Larry Kristinik                          .


III. Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Transamerica Life Insurance Company




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____South Carolina_____, where Applicant regularly practices law.

Bar license number: 064983    Admission date: November 18, 1992

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Alabama Southern District Court | 2/19/2019 | Active |
| South Carolina District Court | 11/3/2021 | Active |
|  |  |  |
|  |  |  |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Cary Slobin                                                                                              , who has offices at

5830 Granite Parkway, Suite 1000
(Street Address)

Plano                                    TX                    75024
(City)                                   (State)              (Zip Code)

4694846100                               4698287217
(Telephone No.)                          (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   9th   day of May                        , 2024      .

D. Larry Kristinik
Printed Name of Applicant

/s/ D. Larry Kristinik
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.