# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that D. Lawrence Kristinik III (Don Lawrence Kristinik III) was duly sworn and admitted as an attorney in this state on November 18, 1992 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*
CLERK

Columbia, South Carolina

April 23, 2024

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.