IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KELLY PINN, on behalf of herself and others similarly situated, | : <br> : CIVIL ACTION FILE NO. 4:24-cv-266-P <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| TRANSAMERICA LIFE INSURANCE COMPANY AND LEADS GURU LLC | : <br> : |
| Defendant. | : |

## **STIPULATION TO FILE AMENDED COMPLAINT**

As provided for in Federal Rule of Civil Procedure 15(a)(2), the parties hereby stipulate and agree as follows:

1. Defendant Transamerica Life Insurance Company consents to the filing of a first amended complaint without conceding the veracity of any of the allegations contained therein.

Dated: August 29, 2024

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed classes*

Dated: August 29, 2024                  */s/ Cary A. Slobin*
                                        Cary A. Slobin
                                        Texas Bar No. 00797445
                                        NELSON MULLINS RILEY &
                                        SCARBOROUGH LLP
                                        5830 Granite Parkway, Suite 1000
                                        Plano, Texas 75024
                                        Telephone: (469) 484-6100
                                        Facsimile: (469) 828-7217
                                        cary.slobin@nelsonmullins.com

                                        *Counsel for Defendant Transamerica Life Insurance Company*