# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| **Pinn** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**Transamerica Life Insurance Company et al** )<br>)<br>*Defendant* ) | Civil Action No. 4:24-cv-00266-P |

## AFFIDAVIT OF SERVICE

I, Jesse Lansing, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on September 3, 2024, at 9:15 pm. I delivered these documents to Nathan Johnson in Lake County, OH on September 5, 2024 at 4:03 pm at 1749 Blase Nemeth Road, Painesville, OH 44077 by personal service by handing the following documents to an individual identified as Nathan Johnson.

SUMMONS AND PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Black or African American Male, est. age 35-44, glasses: N, Brown hair, 240 lbs to 260 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=41.7500298614,-81.2120397974
Photograph: See Exhibit 1

Total Cost: $120.00

My name is Jesse Lansing, my date of birth is 3/25/1976, and my address is 7089 Andover Dr, Mentor, OH 44060, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>  Lake County  </u>, <u>  OH  </u> on <u>  9/6/2024  </u>. | */s/ Jesse Lansing*<br>Jesse Lansing<br>+1 (440) 226-0888<br>Certification Number: N/A<br>Expiration Date: N/A |



Exhibit 1a)