IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KELLY PINN, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 4:24-cv-00266-P |
| vs. ) ) | |
| TRANSAMERICA LIFE INSURANCE COMPANY, NATHAN JOHNSON, AND BANUELOS INSURANCE AGENCY LLC D/B/A LEADS GURU, ) ) ) ) ) | |
| Defendants. ) | |

**PROPOSED AGREED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

Before the Court is Defendant Transamerica Life Insurance Company's ("Transamerica") Motion for Extension of Time to Respond ("Motion") to Plaintiff's Amended Complaint. The Court GRANTS Transamerica's Motion for Extension of Time. The Court EXTENDS the deadline for Transamerica to respond to Thursday, September 19, 2024.

*/s/ Cary Slobin*_____
**CARY SLOBIN**
Attorney for Defendant


*/s/ Andrew Perrong*_____
**ANDREW ROMAN PERRONG**
Attorney for Plaintiff

Date: _____

_____
HONORABLE JUDGE MARK T. PITTMAN

4877-8373-5524 v.1