# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| **Pinn** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**Transamerica Life Insurance Company et al** )<br>)<br>*Defendant* ) | Civil Action No. 4:24-cv-00266-P |

## AFFIDAVIT OF SERVICE

I, Carlton Robinson, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on September 3, 2024, at 6:35 pm. I delivered these documents to Banuelos Insurance Agency in San Joaquin County, CA on September 6, 2024 at 4:09 pm at 2300 Waterloo Road, Stockton, CA 95205 by leaving the following documents with Isabel Vergara who as Clerk/Receptionist/Secretary is authorized by appointment or by law to receive service of process for Banuelos Insurance Agency.

Summons and PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Additional Description:
She said that the owner (Mohammed Waheed)is on Vacation for 6 weeks but she will inform his father and give him the information when he comes to collect money at the office. Isabel Vergara /Clerk/Receptionist/Secretary

Hispanic or Latino Female, est. age 25-34, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=37.9743803,-121.2654027
Photograph: See Exhibit 1

Total Cost: $150.00

My name is Carlton Robinson, my date of birth is 7/30/1964, and my address is 802 W Weber Ave, Apt 231, Stockton, CA 95203, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  __San Joaquin County__  ,  __CA__  on  __9/11/2024__ .

*/s/ Carlton Robinson*

Carlton Robinson
+1 (209) 565-3166
Certification Number: PS-652
Expiration Date: 1/12/2025









