IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELLY PINN, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 4:24-cv-00266-P |
| TRANSAMERICA LIFE INSURANCE COMPANY, NATHAN JOHNSON, and BANUELOS INSURANCE AGENCY LLC d/b/a LEADS GURU, | § § § § § § | |
| *Defendants*. | § | |

### DEFENDANT NATHAN JOHNSON'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF COUNSEL

Defendant Nathan Johnson ("Johnson") files this Unopposed Motion for Substitution of Counsel and Withdrawal of Counsel, and states:

Johnson respectfully requests that the Court allow the withdrawal of David E. Keltner, Jeff Whitfield, J. Austin Franklin, and Ryan M. Roper of Kelly Hart & Hallman LLP as counsel for Johnson in this action and permit Bill E. Davidoff and Andrew P. Speicher of Figari + Davenport, LLP to substitute as counsel of record on behalf of Johnson. All future papers, pleadings and correspondence relating to Johnson should be directed to the following attorneys:

| | |
|---|---|
| Bill E. Davidoff | Andrew P. Speicher |
| Texas Bar No. 00790565 | Texas Bar No. 24027878 |
| bill.davidoff@figdav.com | drew.speicher@figdav.com |
| FIGARI + DAVENPORT LLP | FIGARI + DAVENPORT LLP |
| 901 Main St., Suite 3400 | 901 Main St., Suite 3400 |
| Dallas, TX 75202 | Dallas, TX 75202 |
| Tel: 214.939.2072 | Tel: 214.939.2038 |
| Fax: 214.939.2090 | Fax: 214.939.2090 |

1

Johnson approves the requested withdrawal and substitution. This withdrawal and substitution is not sought for purposes of delay but so that justice may be done.

WHEREFORE, Johnson respectfully requests that the Court approve of the withdrawal and substitution, enter the order of substitution submitted herewith, and grant Johnson such other and further relief to which it may show itself entitled.

Dated: October 15, 2024

Respectfully submitted,

By: */s/ Bill E. Davidoff*
Bill E. Davidoff
Texas Bar No. 00790565
bill.davidoff@figdav.com
Andrew P. Speicher
Texas Bar No. 24027878
drew.speicher@figdav.com

FIGARI + DAVENPORT LLP
901 Main St., Suite 3400
Dallas, TX 75202
Tel: 214.939.2000
Fax: 214.939.2090

ATTORNEYS FOR DEFENDANT
NATHAN JOHNSON

**CERTIFICATE OF CONFERENCE**

The undersigned counsel hereby certifies that on October 11, 2024, he conferred with counsel for Plaintiff and Transamerica Life Insurance Company regarding the relief requested in this Motion, and they indicated they are not opposed to the relief requested in the motion.

*/s/ Bill E. Davidoff*
Bill E. Davidoff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

*/s/ Bill E. Davidoff*
Bill E. Davidoff