UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY PINN,**

   Plaintiff,

v.                                 No. 4:24-cv-00266-P

**TRANSAMERICA LIFE INSURANCE CO. ET AL.,**

   Defendants.

## ORDER

Before the Court is Defendant Nathan Johnson's Motion for Substitution of Counsel and Withdrawal of Counsel. ECF No. 26. Having reviewed the Motion and applicable law, the Court hereby **GRANTS** the Motion.

Accordingly, David E. Keltner, Jeff Whitfield, J. Austin Franklin, and Ryan M. Roper are released as counsel of record for Defendant Nathan Johnson, and Bill E. Davidoff and Andrew P. Speicher are substituted as counsel of record for Defendant Nathan Johnson.

**SO ORDERED** on this **15th day of October 2024.**

_____

Mark T. Pittman
UNITED STATES DISTRICT JUDGE