IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELLY PINN, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 4:24-cv-00266-P |
| TRANSAMERICA LIFE INSURANCE COMPANY, NATHAN JOHNSON, and BANUELOS INSURANCE AGENCY LLC d/b/a LEADS GURU, | § § § § § § | |
| *Defendants*. | § | |

**DEFENDANT NATHAN JOHNSON'S**
**CERTIFICATE OF INTERESTED PARTIES**

Defendant Nathan Johnson states that the following people or entities may have a financial interest in the outcome of this litigation:

1. Kelly Pinn, individually and on behalf of all others similarly situated;

2. Transamerica Life Insurance Company;

3. Nathan Johnson; and

4. Banuelos Insurance Agency LLC d/b/a Leads Guru.

Dated: October 17, 2024          Respectfully submitted,

           By: */s/ Andrew P. Speicher*
              Bill E. Davidoff
              Texas Bar No. 00790565
              bill.davidoff@figdav.com
              Andrew P. Speicher
              Texas Bar No. 24027878
              drew.speicher@figdav.com

           **FIGARI + DAVENPORT LLP**
           901 Main St., Suite 3400
           Dallas, TX 75202
           Tel: 214.939.2000
           Fax: 214.939.2090

           ATTORNEYS FOR DEFENDANT
           NATHAN JOHNSON

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

              */s/ Andrew P. Speicher*
              Andrew P. Speicher