UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PINN,**

   Plaintiff,

v.   No. 4:24-cv-00266-P

**TRANSAMERICA LIFE INSURANCE COMPANY ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiff's Motion to Compel ("Motion"). ECF No. 30. Having considered the filing, the Court hereby **REFERS** this Motion and related filings to the same to United States Magistrate Judge Jeffrey Cureton. *See* 28 U.S.C. § 626(b).

All papers filed hereafter referring to the Motion shall include the following notation under the case number: "(Relates to the Motion Referred to Magistrate Judge Cureton)".

**SO ORDERED** on this **25th day of October 2024.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE