Docusign Envelope ID: ACD16E91-F266-4183-80D9-8C20E57A5647

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KELLY PINN, Individually and on behalf of all other similarly situated §§§§<br>    *Plaintiff*, §<br> §<br>**v.** §§<br> §<br>**TRANSAMERICA LIFE INSURANCE** §<br>**COMPANY, NATHAN JOHNSON,** §<br>**AND BANUELOS INSURANCE** §<br>**AGENCY LLC D/B/A LEADS GURU** §<br>    *Defendant*. § | **Civil Action No. 4:24-cv-266-P** |

### DECLARATION OF MOHAMMAD W. ISLAM IN SUPPORT OF
### MOTION FOR LEAVE TO FILE
### <u>RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT</u>

Pursuant to 28 U.S.C. § 1746, I, Mohammad W. Islam, declare, under penalty of perjury, that the following is true and correct, as follows:

1.     My name is Mohammad W. Islam. I am over 21 years of age and am competent to give testimony in this matter. I reside and work in San Joaquin County, California. I make the statements in this declaration based on my personal knowledge.

2.     Plaintiff has improperly named Banuelos Insurance Agency LLC in this lawsuit.

3.     Banuelos Insurance Agency LLC has not existed since approximately October 5, 2021. I was the only member of that LLC when it existed. On or around October 5, 2021, Banuelos Insurance Agency LLC became inactive with the California Secretary of State. Since that date, I have been operating at Mohammad W. Islam, doing business as Banuelos Insurance.

4.     I have never attempted to contact Plaintiff Kelly Pinn ("Pinn") in this matter. I have never employed or otherwise contracted anyone to contact Pinn.

5.     No one affiliated with Banuelos Insurance has ever attempted to sell Plaintiff a life insurance policy, or any insurance policy. Banuelos Insurance does not sell life insurance policies.

6. Banuelos Insurance only sells auto insurance, homeowners insurance, and commercial insurance.

7. No one affiliated with Banuelos Insurance sells insurance outside the State of California.

8. I am not licensed or registered to sell insurance outside the State of California. No one affiliated with Banuelos Insurance is licensed or registered to sell insurance outside the State of California.

9. I am not affiliated with Leads Guru. Banuelos Insurance is not affiliated with Leads Guru. No one affiliated with Banuelos Insurance has ever utilized Leads Guru for any reason.

10. I am not affiliated with Transamerica Life Insurance Company ("Transamerica"). Banuelos Insurance is not affiliated with Transamerica. No one affiliated with Banuelos Insurance has ever sold life insurance for Transamerica. No one affiliated with Banuelos Insurance has ever been authorized to sell life insurance for Transamerica.

11. I am not affiliated with Nathan Johnson ("Johnson"). No one affiliated with Banuelos Insurance is affiliated with Johnson. Banuelos Insurance has never employed, contracted, or controlled Johnson for any reason.

12. I do not conduct any business in the State of Texas. Banuelos Insurance does not conduct any business in the State of Texas. I do not contact individuals in Texas for the purpose of attempting to sell them any insurance policies. Banuelos Insurance does not contact individuals in Texas for the purpose of attempting to sell them any insurance policies.

13. Banuelos Insurance has no contact with the State of Texas other than being named in Plaintiff's lawsuit. I personally have no contact with the State of Texas other than operating Banuelos Insurance who has been named in Plaintiff's lawsuit.

14. Banuelos Insurance does not knowingly direct, oversee, ratify, manage, or exercise control over any third party in initiating any other outbound telemarketing or solicitation phone calls to individuals in Texas. It does not operate in Texas.

15. I was the registered agent for the inactive Banuelos Insurance Agency LLC. No one else was authorized to accept service of any lawsuit on behalf of the LLC. I was never personally served with a copy of the summons and lawsuit. Additionally, I am unaware of any copy of the process mailed to the mailing address of Banuelos Insurance Agency LLC.

16. To my knowledge, my office receptionist received a copy of the lawsuit on September 6, 2024.

17. I was not personally served with a copy of the lawsuit, as I left the country with my wife seeking medical treatment on July 30, 2024. Accordingly, on September 6, 2024, I was still out of the country taking care of my wife.

18. I contacted Plaintiff's counsel on September 23, 2024, informing them that Banuelos has no involvement in the lawsuit, and requesting it be dismissed. Plaintiff's counsel did not respond to that email.

19. I followed up with Plaintiff's counsel on September 26, 2024.

20. On October 20, 2024, for the first time, Plaintiff's attorney responded to me and stated they intended to file a request for entry of default. I immediately responded and informed Plaintiff's counsel that I was overseas attending to my critically ill wife and would not return to the country until November 11, 2024. I also informed them that I had been trying to contact attorneys in Texas, but had not received any responses. In that email, I asked Plaintiff's counsel if they could help me retain an attorney, because I have no affiliation with Texas and have no attorney contacts there. Plaintiff's counsel did not respond to that email.

21. I sent another email on November 5, 2024, again telling them that Plaintiff has sued an incorrect party. Plaintiffs' counsel responded the following day, threatening default and suggesting I hire an attorney. I immediately responded an informed them that I had emailed over 20 attorneys and no one would help. I also requested additional information linking Banuelos to Plaintiff's allegations in an attempt to prove Banuelos is not affiliated with Plaintiff's lawsuit. I received no response to that email.

22. I finally returned to the country on November 11, 2024, and was able to locate and retain the law firm of Munsch Hardt Kopf & Harr on November 18, 2024.

23. To this day, my wife remains critically ill. Much of my time is spend taking care of my wife, and seeking her admission to various medical facilities inside and outside of the country.

24. I deny all of Plaintiff's allegations in her Amended Complaint. I had no affiliation with any of the calls made to Plaintiff. Banuelos Insurance has no affiliation with any of the calls made to Plaintiff.

I declare under penalty under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2024.



Mohammad W. Islam

![docusign]

## Certificate Of Completion

Envelope Id: ACD16E91F266418380D98C20E57A5647  
Subject: Complete with Docusign: 2024.11.19 - Declaration ISO Motion for Leave.docx  
Source Envelope:  
Document Pages: 4  
Certificate Pages: 5  
AutoNav: Enabled  
EnvelopeId Stamping: Enabled  
Time Zone: (UTC-06:00) Central Time (US & Canada)

Signatures: 1  
Initials: 0

Status: Completed

Envelope Originator:  
Heather Valentine  
500 N. Akard Street  
Suite 4000  
Dallas, TX  75201-6605  
hvalentine@munsch.com  
IP Address: 38.142.28.226

## Record Tracking

Status: Original  
    11/19/2024 4:15:11 PM

Holder: Heather Valentine  
    hvalentine@munsch.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Mohammad Islam<br>banuelosins@gmail.com<br>Owner<br>Security Level: Email, Account Authentication (None) | Signed by:<br>*Mohammad Islam*<br>1EFC0CFB99314EA...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 76.158.199.216 | Sent: 11/19/2024 4:17:53 PM<br>Viewed: 11/19/2024 6:13:10 PM<br>Signed: 11/19/2024 6:13:24 PM |

**Electronic Record and Signature Disclosure:**  
    Accepted: 11/19/2024 6:13:10 PM  
    ID: b9dacc35-b969-4853-991c-e399b2b83ca2

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Earl Ingle<br>eingle@munsch.com<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 11/19/2024 4:17:54 PM<br>Viewed: 11/19/2024 5:17:54 PM |

**Electronic Record and Signature Disclosure:**  
    Accepted: 3/10/2024 9:47:29 PM  
    ID: 788fb08e-1d90-4294-923c-101e41e028f4

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/19/2024 4:17:54 PM |
| Certified Delivered | Security Checked | 11/19/2024 6:13:10 PM |
| Signing Complete | Security Checked | 11/19/2024 6:13:24 PM |
| Completed | Security Checked | 11/19/2024 6:13:24 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 10/29/2020 7:25:25 AM
Parties agreed to: Mohammad Islam, Earl Ingle

Case 4:24-cv-00266-P   Document 33-1   Filed 11/19/24   Page 7 of 9   PageID 196

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Munsch Hardt Kopf & Harr, P.C. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Munsch Hardt Kopf & Harr, P.C.:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: mfurr@munsch.com

**To advise Munsch Hardt Kopf & Harr, P.C. of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at mfurr@munsch.com and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Munsch Hardt Kopf & Harr, P.C.**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to mfurr@munsch.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Munsch Hardt Kopf & Harr, P.C.**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to mfurr@munsch.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Munsch Hardt Kopf & Harr, P.C. as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Munsch Hardt Kopf & Harr, P.C. during the course of your relationship with Munsch Hardt Kopf & Harr, P.C..