# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **KELLY PINN, Individually and on behalf of all other similarly situated** *Plaintiff*, | § § § § | |
| **v.** | § § | **Civil Action No. 4:24-cv-266-P** |
| **TRANSAMERICA LIFE INSURANCE COMPANY, NATHAN JOHNSON, AND BANUELOS INSURANCE AGENCY LLC D/B/A LEADS GURU** *Defendant*. | § § § § § | |

## ORDER

Before the Court is Banuelos Insurance Agency LLC's Unopposed Motion for Leave to Respond to Plaintiff's First Amended Complaint (ECF No. 16). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion.

Accordingly, Banuelos Insurance Agency LLC may file its response to Plaintiff's First Amended Complaint on or before **December 12, 2024**.

**SO ORDERED** on this ____ day of _____ 2024.