UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY PINN,**

   Plaintiff,

v.                                                             No. 4:24-cv-00266-P

**TRANSAMERICA LIFE INSURANCE CO., ET AL.,**

   Defendants.

# ORDER

Before the Court is Defendant Banuelos Insurance Agency LLC's ("Banuelos") Motion for Leave to Respond. ECF No. 33. Having considered the Motion and applicable law, the Court hereby **GRANTS** the Motion.

Therefore, the Court **ORDERS** that Banuelos respond to Plaintiff's Complaint **on or before December 12, 2024**.

The Court also directs Defendant Banuelos to Local Rule 83.10(a). Local Rule 83.10(a) requires the appearance of local counsel where counsel of record for a party does not reside in this district or maintain their principal office in this district. N.D. TEX. R. 83.10(a). "Local counsel" means a member of the bar of this court who resides or maintain their principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the Fort Worth Division. *Id.*; *see United States v. Thomas*, No. 4:13-CV-688-A, 2013 WL 11332537, at *1–2 (N.D. Tex. Sept. 5, 2013) (McBryde, J.) (holding that Local Rule 83.10(a) required Austin-based attorney to designate local counsel).

A review of the record reveals that Defendant Banuelos has yet to comply with Local Rule 83.10(a), as Defendant's counsel is in Houston, Texas. Accordingly, **before filing a Response to Plaintiff's Complaint**, the Court **ORDERS** that Defendant shall file the entry of

appearance of local counsel satisfying the requirements of Local Rule 83.10(a). Failure to do so may result in the imposition of sanctions, Defendant's pleadings, including its answer, being stricken, and/or entry of default without further notice.

**SO ORDERED** on this **20th day of November 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE