IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KELLY PINN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 4:24-cv-00266-P ) |
| vs. | ) ) |
| TRANSAMERICA LIFE INSURANCE COMPANY, NATHAN JOHNSON, AND BANUELOS INSURANCE AGENCY LLC D/B/A LEADS GURU, | ) ) ) ) ) |
| Defendants. | ) |

**JOINT MOTION TO EXTEND TIME TO FILE DISMISSAL PAPERS**

Plaintiff Kelly Pinn and Defendants Transamerica Life Insurance Company ("Transamerica"), Nathan Johnson, and Banuelos Insurance Agency LLC (collectively, the "Parties"), hereby file this Joint Motion to Extend Time to File Dismissal Papers. In support thereof, the Parties would respectfully show the Court as follows:

1. The Parties announced that this case has been resolved. On December 6, 2024, the Court ordered the Parties to file dismissal papers on or before December 20, 2024 (ECF No. 38).

2. The Parties are in the process of executing the necessary documents and need additional time to complete performance of the agreement.

3. The Parties have been working diligently on the settlement process and respectfully ask that the Court extend the deadline to file dismissal papers by thirty (30) days from the current deadline.

4. With the requested extension, the new deadline to file dismissal papers would be January 20, 2025.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request the Court grant this Joint Motion and order the deadline to file dismissal papers in this case be extended by thirty days.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew Roman Perrong (signed with permission)*<br>Andrew Roman Perrong<br>a@perronglaw.com<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Telephone: 215.225.5529<br>Facsimile: 888.329.0305 | */s/ Cary A. Slobin*<br>Cary S. Slobin<br>State Bar No. 00797445<br>cary.slobin@nelsonmullins.com<br>Nelson Mullins Riley & Scarborough LLP<br>5830 Granite Parkway, Suite 1000<br>Plano, TX 75024<br>Telephone: 469.484.6100<br>Facsimile: 469.828.7217 |
| */s/ Anthony Paronich (signed with permission)*<br>Anthony Paronich<br>anthony@paronichlaw.com<br>Paronich Law, PC<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: 215.225.5529<br>Facsimile: 888.329.0305<br><br>**ATTORNEYS FOR PLAINTIFF** | D. Larry Kristnik<br>*Admitted Pro Hac Vice*<br>larry.kristinik.nelsonmullins.com<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main Street, 17th Floor<br>Columbia, SC 29201<br>Telephone: 803.255.9531<br>Facsimile: 803.256.7500<br><br>**ATTORNEYS FOR TRANSAMERICA LIFE INSURANCE COMPANY** |
| */s/ Bill E. Davis (signed with permission)*<br>Bill E. Davidoff<br>State Bar No. 00790565<br>bill.davidoff@figdav.com<br>Andrew P. Speicher<br>State Bar No. 24027878<br>drew.speicher@figdav.com<br>Figari + Davenport LLP<br>901 Main Street, Suite 3400<br>Dallas, TX 75202<br>Telephone: 214.939.2000<br>Facsimile: 214.939.2090<br><br>**ATTORNEYS FOR NATHAN JOHNSON** | */s/ Michael A. Harvey (signed with permission)*<br>Michael A. Harvey<br>State Bar No. 24058352<br>mharvey@munsch.com<br>Munsch Hardt Kopf & Harr, PC<br>700 Milam Street, Suite 800<br>Houston, TX 77002<br>Telephone: 713.222.4015<br>Facsimile: 713.222.5868<br><br>**ATTORNEY FOR BANUELOS INSURANCE AGENCY LLC** |

## **CERTIFICATE OF CONFERENCE**

I certify that on December 19, 2024, I conferred with counsel of record for all parties via email regarding the relief requested herein and the relief requested was jointly agreed upon.

*/s/ Cary A. Slobin*
Cary S. Slobin

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record in accord with the Federal Rules of Civil Procedure on this 19th day of December 2024.

*/s/ Cary A. Slobin*
Cary S. Slobin