UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELLY PINN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION No. 4:24-cv-00266-P |
| TRANSAMERICA LIFE INSURANCE COMPANY, NATHAN JOHNSON, AND BANUELOS INSURANCE AGENCY LLC D/B/A LEADS CURU, | § § § § § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff Kelly Pinn and Defendants Transamerica Life Insurance Company ("Transamerica"), Nathan Johnson, and Banuelos Insurance Agency LLC (collectively, the "Parties") Joint Motion to Extend Time to file Dismissal Papers (ECF No. 40). Having considered the Joint Motion to Extend Time to file Dismissal Papers, relevant docket entries, and applicable law, the Court **GRANTS** the Motion.

**SO ORDERED** on this _____ day of _____, 2024.