UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY PINN,**

   Plaintiff,

v.                            No. 4:24-cv-266-P

**TRANSAMERICA LIFE INSURANCE CO., ET AL.,**

   Defendants.

## ORDER

The Court received notification that the Parties settled in the instant dispute. The Court therefore **ORDERS** that all deadlines are **STAYED** until further ordered by the Court. The Parties shall file appropriate dismissal papers—either a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an appropriate motion and corresponding proposed order—with the Clerk's Office **on or before December 20, 2024.**

**SO ORDERED** on this **6th day of December 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE