UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY PINN,**

   Plaintiff,

v.                                                    No. 4:24-cv-00266-P

**TRANSAMERICA LIFE INSURANCE CO., ET AL.,**

   Defendant.

## ORDER

   The Court received notification that the Parties settled the instant dispute. As a result, the Court ordered the Parties to file appropriate dismissal papers—either a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an appropriate motion and corresponding proposed order—with the Clerk's Office **on or before December 20, 2024.** ECF No. 38. As of the date of this Order, the Parties have yet to file such papers as Ordered.

   Insofar as the Parties reached a meeting of the minds regarding settlement, formal dismissal papers are a procedural technicality, not a rigid requirement. If the Parties have subsequent disputes regarding enforcement of the settlement agreement, such disputes are sound in contract and are unrelated to the instant case. Accordingly, acting upon the Parties' representations that this case has been settled, the Court **ORDERS** that this action is **DISMISSED with prejudice**.

   **SO ORDERED** on this **23rd day of December 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE